FILED BY_____MB_____D.C.

Apr 10, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: <u>26-MJ-00025-SMM</u>

UNITED STATES OF AMERICA

v.

JOSE EDWIN MORAN-BARDALES,

      Defendant.

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?     **No.**

2. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   **No.**

3. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?     **No.**

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?          **No.**

                                Respectfully submitted,

                                JASON A. REDING QUIÑONES
                                UNITED STATES ATTORNEY

By:    */s/ Jessica Kahn Obenauf*_____
        JESSICA KAHN OBENAUF
        Assistant United States Attorney
        Florida Bar No.: 52716
        101 S. US Hwy 1, Suite 3100
        Fort Pierce, Florida 34950
        Tel: (772) 466-0899
        Jessica.Obenauf@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

AUSA Jessica Kahn Obenauf

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

<table>
<tr><td>United States of America<br><br>v.<br><br>JOSE EDWIN MORAN-BARDALES,<br><br><br><br><br><br><br>_____<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No.  26-MJ-00025-SMM</td></tr>
</table>

FILED BY _____ MB _____ D.C.

Apr 10, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 19, 2025 _____ in the county of _____ Highlands _____ in the
_____ Southern _____ District of _____ Florida _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Previously Removed Alien Found in the United States |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
Complainant's signature

Angelo Zaravelis, Deportation Officer, ICE
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date:  April 10, 2026 _____

_____
Judge's signature

City and state: _____ Fort Pierce, Florida _____

Shaniek Mills Maynard, U.S. Magistrate Judge
_____
Printed name and title

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Angelo Zaravelis, being duly sworn, depose and state as follows:

1.    I am a Deportation Officer of the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2007.  I am currently assigned to Enforcement and Removal Operations ("ERO"), Criminal Alien Program, Stuart, Florida.  As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States.  I have also conducted and participated in investigations of this nature.

2.    This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers.  This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Jose Edwin MORAN-BARDALES ("MORAN-BARDALES") committed the offense of being a previously removed alien found in the United States, in violation of 8 U.S.C. § 1326(a).

3.    On or about April 19, 2025, the Highlands County Sheriff's Office ("HCSO") arrested MORAN-BARDALES for the offenses of possession of methamphetamine and possession of narcotic equipment.  During the booking process at the Highlands County Jail, MORAN-BARDALES was fingerprinted on April 20, 2025.  The fingerprints were electronically submitted to the DHS IDENT system, a federal biometric database maintained by the Department of Homeland Security.  That same day, the fingerprints recorded at the jail were matched in the IDENT system, alerting ICE officials to MORAN-BARDALES's presence in the United States.

4.    I reviewed documents from the immigration alien file belonging to Jose Edwin MORAN-BARDALES, AXXX XXX 004, which show that he is a native and citizen of Honduras. Records show that on or about June 9, 2007, MORAN-BARDALES was ordered removed from

the United States.  On July 16, 2007, MORAN-BARDALES was removed from the United States to Honduras.

5.      Thereafter, MORAN-BARDALES illegally reentered the United States.  On October 26, 2007, MORAN-BARDALES was removed from the United States to Honduras for the second time.

6.      Thereafter, MORAN-BARDALES illegally reentered the United States.  On September 1, 2009, MORAN-BARDALES was removed from the United States to Honduras for the third time.

7.      Thereafter, MORAN-BARDALES illegally reentered the United States and was expelled from the United States and returned to Mexico under provision of Title 42, United States Code, Section 265 on February 25, 2022.

8.      Law enforcement scanned the April 20, 2025, fingerprints of MORAN-BARDALES into the IDENT system, a biometric database maintained by the Department of Homeland Security.  The results confirmed that MORAN-BARDALES is the individual that was previously removed from the United States.

9.      Agents performed a record check in the Computer Linked Application Informational Management System ("CLAIMS"), to determine if Jose Edwin MORAN-BARDALES ever filed an application for permission to reapply for admission into the United States after deportation or removal.  A search in that database system verified that no records exist indicating that MORAN-BARDALES obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security for re-admission into the United States as required by law.

2

10.    Based on the foregoing, I believe that there exists probable cause to believe that, on or about April 19, 2025, Jose Edwin MORAN-BARDALES, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of 8 U.S.C. § 1326(a).

Angelo Zaravelis
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me, by videoconference, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure, in Fort Pierce, Florida, this 10th day of April, 2026.

**SHANIEK MILLS MAYNARD**
UNITED STATES MAGISTRATE JUDGE

3